NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGENERON PHARMACEUTICALS, INC.,**
*Appellant*

**v.**

**MYLAN PHARMACEUTICALS INC., CELLTRION, INC., SAMSUNG BIOEPIS CO., LTD.,**
*Appellees*

---

2024-1564, 2024-1567

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01225, IPR2022-01226, IPR2023-00532, IPR2023-00533, and IPR2023-00566.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Regeneron Pharmaceuticals, Inc.'s unopposed motion to voluntarily dismiss the above-captioned appeals pursuant to Federal Rule of Appellate Procedure 42,

2          REGENERON PHARMACEUTICALS, INC. v. MYLAN
PHARMACEUTICALS INC.

IT IS ORDERED THAT:

(1) The motion is granted, and the appeals are dismissed.

(2) Each party shall bear its own costs for each appeal.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 20, 2024
    Date

ISSUED AS A MANDATE:  August 20, 2024